**SHEA & SHEA**
A PROFESSIONAL LAW CORPORATION
MICHAEL M. SHEA (State Bar 38396)
MICHAEL M. SHEA, Jr. (State Bar 126983)
MARK B. O'CONNOR (State Bar 126960)
THE JAMES SQUARE BUILDING
255 NORTH MARKET STREET, SUITE 190
SAN JOSE, CALIFORNIA 95110
TELEPHONE: (408) 292-2434
FACSIMILE: (408) 292-1264

ATTORNEYS FOR PLAINTIFF(S)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMIE MORRIS,<br><br>  Plaintiff,<br><br>vs.<br><br>TRANS ASIA CONSTRUCTION, LLP, ZHANATOV SHAKIBEK and DOES 1 through 100, inclusive,<br><br>  Defendants. | Case No. CV 12-00233 EJD<br><br>**REQUEST FOR DISMISSAL AND PROPOSED ORDER** |

**IT IS HEREBY REQUESTED,** BY THE PLAINTIFF IN THE ABOVE ENTITLED ACTION through her counsel of record, that the above referenced matter shall be dismissed without prejudice. Defendants in this matter where never served and therefore the dismissal cannot be stipulated to by them.

Accordingly, the plaintiff respectfully requests that the court dismiss the above-entitled matter.

/ / /

-1-

|  |  |
|---|---|
|  | Respectfully submitted, |
| DATED: March 30, 2012 | SHEA & SHEA |

By: _____/s/_____
       NICOLE N. HANCOCK
       Attorneys for Plaintiff,
       JAIME MORRIS

✦✦

## ORDER

Request having been made,

IT IS HEREBY ORDERED that the above-entitled matter is dismissed and that the Case Management Conference scheduled on April 6, 2012 is vacated.

The Clerk shall close this file.

Dated: April 3, 2012

_____
EDWARD J. DAVILA
United States Judge

SHEA & SHEA
A PROFESSIONAL LAW CORPORATION
THE JAMES SQUARE BLDG.
255 N. MARKET ST., SUITE 190
SAN JOSE, CALIFORNIA 95110
TELEPHONE: (408) 292-2434
FACSIMILE: (408) 292-1264